FILED
Scott L. Poff, Clerk
United States District Court

*By MGarcia at 3:49 pm, Apr 03, 2020*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| COFFEE COUNTY BOARD OF COMMISSIONERS, | |
| Plaintiff, | CIVIL ACTION NO.: 5:19-cv-80 |
| v. | |
| LOVIE MCVEIGH, | |
| Defendant. | |

## **O R D E R**

The parties conducted a Rule 26(f) conference on February 27, 2020 at the direction of the Court. Doc. 17. In their Rule 26(f) report, filed March 3, 2020, the parties expressed a mutual intent that their Rule 26 obligations be stayed pending a ruling on Plaintiff's motion to remand to state court. Id. at 3. After careful consideration and for good cause shown, the Court **STAYS** the parties' Rule 26 discovery obligations and deadlines, pending resolution of Plaintiff's motion to remand to state court. Id. After a ruling on this motion, this stay shall automatically be lifted, should this Court retain jurisdiction over the case. The Court **DIRECTS** the parties to conduct a Rule 26(f) conference within 14 days of said order, should this case remain before this Court following that ruling. This conference must be held either in person, telephonically, or by video teleconference. This parties shall file their required Rule 26(f) report within 7 days of the date of this conference.[1] Upon receipt of the Rule 26(f) report,

---

[1] The Report shall conform to the language and format of Judge Wood and Cheesbro's Rule 26(f) Report located on the Court's website www.gasd.uscourts.gov under "Forms." The parties shall use that Form, as well as the Rule 26 Instruction Order, doc. 4, to guide their discussion at the Rule 26(f)

the Court will issue an appropriate Scheduling Order.

**SO ORDERED**, this 3rd day of April, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

conference.